spondent. No opinion. Judgment affirmed, with costs. Order filed.

In re FARLEY. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of William W. Farley, Commissioner, etc. W. S. Gordon, for appellant. C. Firestone, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FAUSTMAN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Paul Faustman against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

FELDMAN, Respondent, v. ZIMMERMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by Isaac Feldman against David Zimmerman. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

FELDMANN v. RELIANT HOLDING CO. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Aladar Feldmann against the Reliant Holding Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 129 N. Y. Supp. 504.

FINN, Appellant, v. BOWERY SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Margaret E. Finn, as administratrix, against the Bowery Savings Bank. C. Mayer, for appellant. George Coggill, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FISH, Respondent, v. HUDSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Carl H. Fish, an infant, etc., against Lewis Hudson and another.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., not sitting.

FISHER v. BLEJA. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by Stephen Fisher against Martin Bleja.

PER CURIAM. So far as the injunction order runs against Katie Bleja, individually, it is modified by striking out all provisions relating to her. Of course, if she be the agent of the defendant, she will remain within the provisions of the injunction order as granted against him, and liable to any penalty for disobedience thereof.

FISHER v. BLEJA. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Stephen Fisher against Mar-

tin Bleja. No opinion. Motion granted, without costs. See, also, supra.

In re FLANAGAN. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) In the matter of the claim of James Flanagan for services as official stenographer, etc. Croton Falls dam and reservoir; reservoir K. No opinion. Order affirmed, with $10 costs and disbursements.

FOGELSANGER, Respondent, v. GEHRES, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Calvin Fogelsanger against Anna Gehres.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the trial court should have discharged the jury, when requested to do so by defendant's counsel, because of repeated inflammatory and improper remarks by plaintiff's counsel before the jury, after being warned.

SPRING, J., dissents, upon the ground that there is no claim made that the verdict is excessive.

FRANCO, Respondent, v. RADT, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Luigi Franco against Max Radt. A. G. Fox, for appellant. M. Slade, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FRANK, Respondent, v. FIRESTONE, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Seamon Frank against Adolph Firestone. No opinion. Order affirmed by default, with $10 costs and disbursements. See, also, 129 N. Y. Supp. 1122.

FRANK, Respondent, v. FIRESTONE, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Seamon Frank against Adolph Firestone. No opinion. Motion denied, without costs. See, also, supra.

FRIEDMAN, Respondent, v. BLADOWSKY, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Joseph Friedman against Barnett Bladowsky. No opinion. Judgment of the Municipal Court affirmed, with costs.

FRIEDMAN, Respondent, v. RAPPAPORT et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Louis S. Friedman against Bernard Rappaport and Harry A. Gottlieb, copartners, etc. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs. See, also, 143 App. Div. 948, 128 N. Y. Supp. 1124.

FUCHS v. JOLINE et al. (Supreme Court, Appellate Division, First Department. July 7,